No. 73–8. Pacific Southwest Airlines v. United States. D. C. C. D. Cal. Motion for leave to file petition for writ of certiorari dismissed July 26, 1973, under Rule 60 of the Rules of this Court.

No. 73–7. California et al. v. United States. D. C. C. D. Cal. Motion for leave to file petition for writ of certiorari dismissed July 30, 1973, under Rule 60 of the Rules of this Court.

No. 72–6599. Baxter et al. v. United States. C. A. 9th Cir. Petition for writ of certiorari dismissed August 2, 1973, under Rule 60 of the Rules of this Court.

No. 72–6916. Wignall v. United States. C. A. 9th Cir. Petition for writ of certiorari dismissed September 6, 1973, under Rule 60 of the Rules of this Court.

No. 72–6927. Sanchez v. United States. C. A. 9th Cir. Petition for writ of certiorari dismissed September 19, 1973, under Rule 60 of the Rules of this Court.

October 9, 1973

No. 72–1477. United States v. Topco Associates, Inc. Affirmed on appeal from D. C. N. D. Ill. Mr. Justice Douglas would note probable jurisdiction and set case for oral argument. See 319 F. Supp. 1031.